IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

OWNERS INSURANCE COMPANY,
and
AUTO-OWNERS INSURANCE COMPANY,

        Plaintiffs,

v.                                CASE NO.: 1:09CV608

SPRING LAKE CARS, INC.
d/b/a HUGHES MOTOR CARS,

BASEL K. HASHWAH,

HUSED CARS, INC.,

KEVIN PATRICK HUGHES,

and

CINDY HUGHES,

        Defendants.

### DISMISSAL ORDER

THIS DAY came Owners Insurance Company, Auto-Owners Insurance Company, Hused Cars, Inc., Kevin Patrick Hughes, and Cindy Hughes, by counsel, and represented to the Court that the underlying lawsuits that are the subject of this insurance coverage action have been dismissed by nonsuit without prejudice, and that all matters in this insurance coverage action are therefore moot. Upon the joint motion of Owners Insurance Company, Auto-Owners Insurance Company, Hused Cars, Inc., Kevin Patrick Hughes, and Cindy Hughes, it is ORDERED that this action be dismissed agreed, without prejudice.

ENTER: 11 / 12 / 09

/s/
Liam O'Grady
United States District Judge

We ask for this:

*[signature]*

Mark G. Carlton (VSB No. 43913)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
Telephone: (804) 747-5200
Facsimile:  (804) 747-6085
mcarlton@hccw.com
*Counsel for Plaintiffs Owners Insurance Company and Auto-Owners Insurance Company*

*[signature]*

Michael C. Whitticar (VSB No. 32968)
Dunlap, Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, Virginia 20175
Telephone:  (703) 777-7319
Facsimile:  (703) 777-3656
mwhitticar@dglegal.com
*Counsel for Kevin P. Hughes, Cindy Hughes and Hused Cars, Inc.*